The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK ESPINOZA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant.<br>_____ | CIVIL NO. CV 08-6387 FMO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Four Hundred and Forty-eight dollars and sixty-six cents ($448.66), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 5/28/10                    _____/s/_____
                                  FERNANDO M. OLGUIN
                                  UNITED STATES MAGISTRATE JUDGE